160 A.3d 786

Steven GARDNER, Petitioner

v.

Warden Mark CAPOZZA, SCI Pittsburgh, Secretary
John E. Wetzel, Respondents

No. 273 WAL 2016

Supreme Court of Pennsylvania.

November 2, 2016

## ORDER

PER CURIAM

**AND NOW**, this 2nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.